IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 09–cv–01364-PAB

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,

   Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL NO. 7

   Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF HEARING EXHIBITS, TRANSCRIPTS, AND PAPERS

---

   Following the completion of hearing on motion for temporary restraining order, the parties stipulate:

   1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at the hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

   2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

   DATED at Denver, Colorado, this 18th day of June, 2009.

_____          _____ #37086
Attorney for the Plaintiff          Attorney for the Defendant

   IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

   BY THE COURT:

   _____
   Robert E. Blackburn
   United States District Judge

*rev. 3/2/09*