IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01364-REB-BNB

DILLON COMPANIES, INC., d/b/a King Soopers, Inc.,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7;
ALL THOSE ACTING IN CONCERT WITH LOCAL NO. 7; and
DOES 1-____,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. They inform me that "this is not a typical case." Consequently, following a discussion of the role of this court in the matter; how the parties expect ultimately to resolve the labor dispute between them; and the possibility of the administrative closure of the case, subject to reopening on a showing of good cause should the need arise:

IT IS ORDERED that a status conference is set for **November 16, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall be prepared at that time to discuss the efficacy of the administrative closure of the case.

IT IS FURTHER ORDERED that the parties shall submit a status report on or before **November 11, 2009**, in anticipation of the status conference.

Dated August 19, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge