IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01364-REB-BNB

DILLON COMPANIES, INC., d/b/a King Soopers, Inc.,

Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7;
ALL THOSE ACTING IN CONCERT WITH LOCAL NO. 7; and
DOES 1-____,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Joint Status Report, and Unopposed Motion to Submit Further Joint Status Report and to Vacate Status Conference** [docket no. 39, filed November 9, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED.  The parties are to appear at the previously scheduled status conference on **November 16, 2009, at 1:30 p.m.**

DATED:  November 9, 2009