IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01364-REB-BNB

DILLON COMPANIES, INC., d/b/a King Soopers, Inc.,

Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL NO. 7;
ALL THOSE ACTING IN CONCERT WITH LOCAL NO. 7; and
DOES 1-____,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Joint Status Report, and Unopposed Motion to Submit Further Joint Status Report and to Vacate Status Conference** [Doc. # 39, filed 11/09/2009] (the "Motion"). The purpose of the status conference set for this afternoon was to address possible administrative closure of the case. In the meantime, however, motions addressed to the enforcement of the preliminary injunction previously entered have been filed, making administrative closure inappropriate.

IT IS ORDERED that the Motion [Doc. # 39] is GRANTED. The parties are directed to submit a second joint status report on or before **January 15, 2010**. The status conference set for this afternoon at 1:30 p.m. is VACATED.

1

Dated November 16, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge