IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01364-REB-BNB

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,

    Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS UN ION LOCAL NO. 7; ALL THOSE ACTING IN CONCERT WITH LOCAL NO. 7; and DOES 1-_____,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal** [#56] filed July 27, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal** [#56] filed July 27, 2010, is **APPROVED**; and

    2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 27, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge